UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUSTIN TATE                                                                     CIVIL ACTION

VERSUS                                                                           NO. 2:21-CV-1549

UNUM LIFE INSURANCE COMPANY OF AMERICA

**COMPLAINT**

The Complaint of Justin Tate respectfully alleges:

1. This is a claim for ERISA long term disability benefits and life insurance waiver of premium benefits.

2. This Court has jurisdiction and venue under 29 U.S.C. Sec. 1001, et seq.; 29 U.S.C. Sec. 1132(e)(1)(2).

3. **Plaintiff, Justin Tate**, of lawful age and a resident of New Palestine, Indiana is a plan participant and beneficiary of an ERISA plan created by his employer, New Centaur, LLC and an insured participant of a group disability policy issued by Unum Life Insurance Company of America.

4. **Defendant, Unum Life Insurance Company of America ("Unum")**, is a foreign corporation, doing business in Louisiana. Upon information and belief, Unum is incorporated in Portland Maine, and its principal place of business is in the state of Maine. Defendant may be found in this district.

5. Unum issued a group long term disability policy and a group life insurance policy, insuring the employees of New Centaur, LLC. Plaintiff is a beneficiary and insured under the policies.

6. ERISA mandates that all plan administrators discharge their duties in the interest of plan participants and beneficiaries. 29 U.S.C. § 1104(a)(1).

7. Plaintiff has a history of glioma and suffers from a debilitating seizure disorder with migraines that prevents him from performing gainful employment. He suffers from debilitating seizures, migraines, poor memory, altered consciousness, and fatigue. He is unable to work reliably and predictably due to his seizure disorder.

8. Plaintiff filed a claim for disability benefits with the Plan because his medical condition precluded him from continuing to perform the duties of his job on a fulltime basis. His medical condition also prevents him from performing the duties of alternative occupations.

9. Plaintiff is disabled under the terms of the disability policy and life insurance policy issued by Unum.

10. Unum wrongfully denied Plaintiff benefits he is entitled to under terms of the disability policy and the life insurance policy.

11. Plaintiff appealed the denials, but Unum upheld its previous decisions.

12. Unum has wrongfully denied Plaintiff's claim for long term disability benefits and life insurance waiver of premium benefits.

13. Unum's denials are based on insubstantial evidence and are arbitrary and an abuse of any purported discretionary authority.

14. Plaintiff has exhausted his administrative remedies and now files this suit to reverse Unum's denial of benefits.

15. Unum has abused any purported discretionary authority by wrongfully denying Plaintiff's claim for disability benefits.

16. Unum administered Plaintiff's claim with an inherent and structural conflict of interest as Unum is liable to pay benefits from its own assets to Plaintiff, and each payment depletes Unum's assets.

17. As a routine business practice, Unum uses the appeals process to support initial benefit denials rather than to review impartially whether it should reverse appealed denials.

18. Plaintiff has been denied the benefits due to him under the Plan, has suffered, and is continuing to suffer economic loss as a result.

19. Plaintiff is entitled to an award of interest on all money that Defendants should have paid to Plaintiff.

20. Defendants' denials has required Plaintiff to hire attorneys to represent his in this matter to recover benefits due to his under the Plan.

**WHEREFORE**, Plaintiff prays for judgment against each Defendant as follows:

1. For all benefits due Plaintiff in the past and future under the Plan, plus pre- and post-judgment interest;

2. For all reasonable attorney fees;

3. For costs of suit; and

4. For all other relief as the facts and law may provide.

Respectfully submitted,

/s/ Reagan Toledano
Willeford & Toledano
Reagan L. Toledano (La. 29687)
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Phone: (504) 582-1286;
Fax: (313) 692-5927
rtoledano@willefordlaw.com